UNITED STATES of America,
Plaintiff—Appellee,

v.

Jeron Rondell RANDALL, Defendant—Appellant.

No. 09–7285.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 22, 2009.

Jeron Rondell Randall, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeron Rondell Randall appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Randall,* No. 4:95–cr–00058–H–2

(E.D.N.C. June 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*